466 A.2d 709

Commonwealth v. Young, Appellant.

Submitted February 3, 1983.  Norris E. Gelman, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.